IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 4 2026
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

UNITED STATES OF AMERICA

*v.*

JORDAN NICHOLAS HADLEY

Criminal Information

No. 1:26-CR-0508

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about April 24, 2026, in the Northern District of Georgia and elsewhere, the defendant, JORDAN NICHOLAS HADLEY, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce that contained a threat to injure the person of another, that is the defendant left a voicemail for Flock Safety, a company based in the Northern District of Georgia, that stated, "Yeah, I wanna know who allowed you to record us. You're a bunch of Jewish faggots who are breaking the Constitution. Film me and see what fucking happens. I'll find you and I'll fucking kill you."

All in violation of Title 18, United States Code, Section 875(c).

**Forfeiture**

Upon conviction of the offense alleged in this Indictment, the defendant, JORDAN NICHOLAS HADLEY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or

derived from, proceeds traceable to the offense, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in this Indictment.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States of America intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to

seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

THEODORE S. HERTZBERG
*United States Attorney*

DANIEL GRILL
*Assistant United States Attorney*
New York Bar No. 5807474
*Provisionally admitted to practice in the United States District Court for the Northern District of Georgia*

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181