FILED IN OPEN COURT
U.S.D.C. - Atlanta
NOV - 4 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| *v.* | Criminal Action No. |
| JORDAN NICHOLAS HADLEY | 1:26-CR-0508 |

I, Jordan Nicholas Hadley, the above-named defendant, who is accused of transmitting in interstate commerce a communication containing a threat to injure the person of another, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on November 4, 2026, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jordan Nicholas Hadley
Defendant

Caitlyn Wade
Counsel for Defendant

Before ______________________
Judicial Officer